THE RECTOR, CHURCH WARDENS AND VESTRYMEN OF THE CHURCH OF THE HOLY TRINITY IN THE CITY OF BROOKLYN et al., Respondents, *v.* JOHN H. MELISH et al., Appellants, and JAMES P. DE WOLFE, as Bishop of the Diocese of Long Island, Respondent.

Submitted October 2, 1950; decided October 5, 1950.

*Theodore Kiendl* and *Jackson A. Dykman* for motion.

*Raphael H. Weissman* opposed.

Motions granted and appeal dismissed, with costs and $10 costs of motions, upon the ground that no constitutional question was properly raised in the courts below. (See *Matter of O'Neill* v. *Board of Regents,* 298 N. Y. 777; *Jongebloed* v. *Erie R. R. Co.,* 296 N. Y. 912; *City of New Rochelle* v. *Closter,* 296 N. Y. 506.)